# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| IN RE CTP INNOVATIONS, LLC PATENT LITIGATION ACTIONS | Case No. 14-md-02581-MJG (Lead Action) |
| CTP INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN PRINTING COMPANY, INC., <br><br> Defendant. | Case No. 14-cv-03890-MJG |
| CTP INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ARANDELL CORPORATION, <br><br> Defendant. | Case No. 15-cv-01693-MJG |
| CTP INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CENVEO CORPORATION, <br><br> Defendant. | Case No. 15-cv-03124-MJG |

| | |
|---|---|
| CTP INNOVATIONS, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>COMMAND WEB OFFSET COMPANY, INC.<br><br>　　　Defendant. | Case No. 15-cv-01470-MJG |
| CTP INNOVATIONS, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>DIRECTMAIL.COM,<br><br>　　　Defendant. | Case No. 15-cv-01975-MJG |
| CTP INNOVATIONS, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>EBSCO INDUSTRIES, INC.,<br><br>　　　Defendant. | Case No. 14-cv-03884-MJG |
| CTP INNOVATIONS, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>ENNIS, INC.,<br><br>　　　Defendant. | Case No. 15-cv-02391-MJG |

| | |
|---|---|
| CTP INNOVATIONS, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>F.C.L. GRAPHICS, INC.,<br><br>          Defendant. | Case No. 15-cv-01550-MJG |
| CTP INNOVATIONS, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>GEO GRAPHICS, INC.,<br><br>          Defendant. | Case No. 14-cv-03888-MJG |
| CTP INNOVATIONS, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>INDEXX, INC.,<br><br>          Defendant. | Case No. 14-cv-03889-MJG |
| CTP INNOVATIONS, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>JET PRINTING, LLC,<br><br>          Defendant. | Case No. 14-cv-03893-MJG |

| | |
|---|---|
| CTP INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOURNAL GRAPHICS, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-03123-MJG |
| CTP INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MIDLAND INFORMATION RESOURCES,<br><br>　　　　Defendant. | Case No. 15-cv-02016-MJG |
| CTP INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PUBLICATION PRINTERS CORPORATION,<br><br>　　　　Defendant. | Case No. 15-cv-01469-MJG |
| CTP INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SANDY ALEXANDER, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-01471-MJG |

| | |
|---|---|
| CTP INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SCHUMANN PRINTERS, INC.,<br><br>      Defendant. | Case No. 15-cv-01813-MJG |
| CTP INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SPECIALTY PROMOTIONS, INC.,<br><br>      Defendant. | Case No. 15-cv-01692-MJG |
| TAYLOR PUBLISHING COMPANY,<br><br>      Plaintiff,<br><br>v.<br><br>CTP INNOVATIONS, LLC,<br><br>      Defendant. | Case No. 14-cv-03894-MJG |
| CTP INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>TIMES PRINTING CO., INC.,<br><br>      Defendant. | Case No. 15-cv-02052-MJG |

| | |
|---|---|
| CTP INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TREND OFFSET PRINTING SERVICES, INC.,<br><br>    Defendant. | Case No. 15-cv-02389-MJG |
| CTP INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VALASSIS COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 15-cv-01807-MJG |
| CTP INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VERSA PRESS, INC.,<br><br>    Defendant. | Case No. 15-cv-02682-MJG |
| CTP INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WALTON PRESS INC.,<br><br>    Defendant. | Case No. 14-cv-03887-MJG |

| | |
|---|---|
| CTP INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WORLDWIDE TICKETS AND LABELS, INC.,<br><br>Defendant. | Case No. 14-cv-03886-MJG |
| CTP INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WORZALLA PUBLISHING COMPANY,<br><br>Defendant. | Case No. 15-cv-01646-MJG |

**DEFENDANTS' JOINT RULE 12(b)(1) MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION DUE TO PLAINTIFF'S LACK OF STANDING**

Defendants identified below[1] collectively submit this Joint Motion to Dismiss on the grounds that Plaintiff CTP Innovations, LLC ("CTP") lacks standing to sue for patent infringement of U.S. Patent Nos. 6,738,155 and 6,611,349. Pursuant to Federal Rule of Civil Procedure 12(b)(1) and for the reasons set forth in the accompanying Memorandum in support of this Motion, Defendants respectfully request that this Court dismiss this multi-district

---

[1] American Printing Company, Inc., Arandell Corporation, Cenveo Corporation, Command Web Offset Company, Inc., Directmail.com, EBSCO Industries, Ennis, Inc., F.C.L. Graphics, Inc., Geo Graphics, Inc., Indexx, Inc., Jet Printing, LLC, Journal Graphics, Inc., Midland Information Resources, Publication Printers Corporation, Sandy Alexander, Inc., Schumann Printers, Inc., Specialty Promotions, Inc., Taylor Publishing Company, Times Printing Co., Inc., Trend Offset Printing Services, Inc., Valassis Communications, Inc., Versa Press, Inc., Walton Press, Inc., Worldwide Tickets and Labels, Inc., and Worzalla Publishing Company.

litigation for lack of subject matter jurisdiction and dismiss each of CTP's Complaints and Amended Complaints against each Defendant.

Dated:  March 25, 2016

Respectfully submitted,

/s/ Andrew B. Campbell
Andrew B. Campbell (PHV No. 802757)
WYATT, TARRANT & COMBS, LLP
2525 West End Ave., Suite 1500
Nashville, TN  37203
Telephone:  (615) 244-0020
Facsimile:  (615) 256-1726
acampbell@wyattfirm.com

Stephen C. Hall (PHV No. 802768)
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, 26th Floor
Louisville, KY  40202
Telephone:  (502) 562-7355
Facsimile:  (502) 589-0309
schall@wyattfirm.com

*Counsel for American Printing Co., Inc.*

/s/ Thomas P. Heneghan
Thomas P. Heneghan (PHV No. 803566)
Maria C. Rivera-Lupu (PHV No. 803565)
WHYTE HIRSCHBOECK DUDEK S.C.
P.O. Box 1379
Madison, WI  53701-1379
Telephone:  (608) 255-4440
Facsimile:  (608) 258-7138
theneghan@whdlaw.com
mrivera@whdlaw.com

*Counsel for Arandell Corporation, Schumann Printers, Inc., and Times Printing Co., Inc.*

*/s/ Gene S. Winter*
Gene S. Winter (MD Bar ID:  804199)
Benjamin C. White (MD Bar ID:  97368)
Jonathan A. Winter (MD Bar ID:  804200)
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, CT  06905-5619
Telephone:  (203) 324-6155
Facsimile:   (203) 327-1096
gwinter@ssjr.com
bwhite@ssjr.com
jwinter@ssjr.com
litigation@ssjr.com

*Counsel for Cenveo Corporation*

*/s/ Eric W. Schweibenz*
Eric W. Schweibenz (admitted *pro hac vice*)
Scott A. McKeown (admitted *pro hac vice*)
Christopher Ricciuti (admitted *pro hac vice*)
OBLON, McCLELLAND, MAIER & NEUSTADT, L.L.P.
1940 Duke Street
Alexandria, VA  22314
Telephone:  (703) 413-3000
Facsimile:   (703) 413-2220
eschweibenz@oblon.com
smckeown@oblon.com
cricciuti@oblon.com

*Counsel for Command Web Offset Company, Inc., Sandy Alexander, Inc., Specialty Promotions, Inc., and Worzalla Publishing Company*

                                                               */s/ Steven E. Tiller*
                                                               Steven E. Tiller (Bar No. 11085)
                                                               Peter J. Davis (Bar No. 14069)
                                                               WHITEFORD, TAYLOR & PRESTON, LLP
                                                               7 St. Paul Street, Suite 1300
                                                               Baltimore, MD  21202-1626
                                                               Telephone:  (410) 347-9425
                                                               Facsimile:   (410) 223-4325
                                                               stiller@wtplaw.com
                                                               pdavis@wtplaw.com

                                                               *Counsel for Directmail.com*


                                                               */s/ Robert J. Veal*
                                                               Robert J. Veal
                                                               VEAL INTELLECTUAL PROPERTY, LLC
                                                               11555 Medlock Bridge Road, Suite 100
                                                               Johns Creek, GA  30097
                                                               Telephone:  (678) 653-4758
                                                               Facsimile:   (678) 597-1101
                                                               rjveal@veal-ip.com

                                                               *Counsel for EBSCO Industries, Inc.*




                                                               */s/ Dan Gus*
                                                               Dan Gus (State Bar No. 24007288)
                                                               GUS & GILBERT LAW FIRM, A
                                                               PROFESSIONAL CORPORATION
                                                               209 East Main Street
                                                               Waxahachie, TX  75165
                                                               Telephone:  (214) 960-4116
                                                               Facsimile:  (214) 960-4140
                                                               dan@gus-gilbert.com

                                                               *Counsel for Ennis, Inc.*

*/s/ Michael J. Curley*
Michael J. Curley (AZ Bar No. 025972)
(*Pro Hac Vice* MDL ID No. 803492)
QUARLES & BRADY LLP
One South Church Avenue, Suite 1700
Tucson, AZ  85701
Telephone:  (520) 770-8700
Facsimile:   (520) 770-2206
michael.curley@quarles.com

*Counsel for F.C.L. Graphics, Inc.*


*/s/ Derek S. Neilson*
Derek S. Neilson
MD Bar ID No. 97260 (*pro hac vice*)
ALSTON AND BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, TX  75201
Telephone:  (214) 922-3400
Facsimile:   (214) 922-3899
derek.neilson@alston.com

Doug Scribner
MD Bar ID No. 802845 (*pro hac vice*)
Emily Chambers
MD Bar ID No. 802810 (*pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA  30309-3424
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777
doug.scribner@alston.com
emily.chambers@alston.com

*Counsel for Geo Graphics Inc.*

*/s/ Anthony F. Blum*
Anthony F. Blum (PHV No. 802725)
David B. Jinkins (PHV No. 802805)
Matthew A. Braunel (PHV No. 802727)
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101-1693
Telephone:  (314) 552-6000
Facsimile:  (314) 552-7000
ablum@thompsoncoburn.com
djinkins@thompsoncoburn.com
mbraunel@thompsoncoburn.com

*Counsel for Jet Printing, LLC*
*/s/ Elizabeth Tedesco Milesnick*
Elizabeth Tedesco Milesnick
MILLER NASH GRAHAM & DUNN LLP
Fax:   503-224-0155
E-mail: Elizabeth.milesnick@millernash.com
*Counsel for Journal Graphics, Inc.*




*/s/ April A. Price*
April A. Price (Maryland Bar No. 803756)
LANE & WATERMAN LLP
220 North Main Street, Suite 600
Davenport, IA  52801
Telephone:  (563) 324-3246
Facsimile:  (563) 324-1616
aprice@l-wlaw.com

*Counsel for Midland Information Resources a/k/a Elanders Americas*

/s/ Robert R. Brunelli
Robert R. Brunelli (admitted *pro hac vice*)
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO  80202-5141
Telephone:  (303) 863-9700
Facsimile:   (303) 863-0223
rbrunelli@sheridanross.com
litigation@sheridanross.com

*Counsel for Publication Printers Corporation*

/s/ John M. Jackson
John M. Jackson (TX Bar No. 24002340)
(PHV No. 802739)
Nathaniel St. Clair, II (TX Bar No. 24071564)
(PHV No. 802745)
Matthew C. Acosta (TX Bar No. 24032577)
(PHV No. 802740)
Blake T. Dietrich (TX Bar No. 24087420)
(PHV No. 802752)
JACKSON WALKER L.L.P.
2323 Ross, Suite 600
Dallas, TX  75201
Telephone:  (214) 953-6000
Facsimile:   (214) 953-5822
jjackson@jw.com
nstclair@jw.com
macosta@jw.com
bdietrich@jw.com

*Counsel for Taylor Publishing, Worldwide Tickets and Labels, Inc., Indexx, Inc. and Versa Press, Inc.*

*/s/ Jonathan P. Hersey*
Jonathan P. Hersey (CA Bar No. 189240)
(PHV No. 803974)
Scott B. Lieberman (CA Bar No. 208764)
(PHV No. 803975)
Neil J. Cooper (CA Bar No. 277997)
(PHV No. 803980)
SLATER HERSEY & LIEBERMAN LLP
18301 Von Karman Avenue, Suite 1060
Irvine, CA  92612
Telephone:  (949) 398-7500
Facsimile:   (949) 398-7501
jhersey@slaterhersey.com
slieberman@slaterhersey.com
ncooper@slaterhersey.com

*Counsel for Trend Offset Printing Services, Inc.*


*/s/ Ahmed J. Davis*
Ahmed J. Davis (Bar No. 17812)
FISH & RICHARDSON P.C.
1425 K Street, NW, 11th Floor
Washington, DC  20005
Telephone:  (202) 783-5070
Facsimile:   (202) 783-2331
davis@fr.com

David M. Barkan (CA Bar No. 160825)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone:  (650) 839-5070
Facsimile:   (650) 839) 5071
barkan@fr.com

*Counsel for Valassis Communications, Inc.*

*/s/ Robert W. Hughes, Jr.*
Robert W. Hughes, Jr. (GA Bar No. 376311)
(PHV No. 802755)
ROBERT W. HUGHES & ASSOCIATES, PC
390 West Crogan Street, Suite 230
Lawrenceville, GA  30046
Telephone:  (770) 469-8887
Facsimile:   (678) 690-6095
robby@hughespclaw.com

*Counsel for Walton Press, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the attached **Defendants' Joint Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction due to Plaintiff's Lack of Standing** was served by means of the Court's CM/ECF system on all counsel of record who have consented to electronic service on this 25th day of March, 2016.

                                                  */s/ Ahmed J. Davis*