# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| IN RE CTP INNOVATIONS, LLC PATENT LITIGATION ACTIONS | Case No. 14-md-02581-MJG (Lead Action) |
| CTP INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN PRINTING COMPANY, INC., <br><br> Defendant. | Case No. 14-cv-03890-MJG |
| CTP INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ARANDELL CORPORATION, <br><br> Defendant. | Case No. 15-cv-01693-MJG |
| CTP INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CENVEO CORPORATION, <br><br> Defendant. | Case No. 15-cv-03124-MJG |

1

| | |
|---|---|
| CTP INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>COMMAND WEB OFFSET COMPANY, INC.<br><br>      Defendant. | Case No. 15-cv-01470-MJG |
| CTP INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>DIRECTMAIL.COM,<br><br>      Defendant. | Case No. 15-cv-01975-MJG |
| CTP INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>EBSCO INDUSTRIES, INC.,<br><br>      Defendant. | Case No. 14-cv-03884-MJG |
| CTP INNOVATIONS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ENNIS, INC.,<br><br>      Defendant. | Case No. 15-cv-02391-MJG |

| | |
|---|---|
| CTP INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>F.C.L. GRAPHICS, INC.,<br><br>    Defendant. | Case No. 15-cv-01550-MJG |
| CTP INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GEO GRAPHICS, INC.,<br><br>    Defendant. | Case No. 14-cv-03888-MJG |
| CTP INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INDEXX, INC.,<br><br>    Defendant. | Case No. 14-cv-03889-MJG |
| CTP INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JET PRINTING, LLC,<br><br>    Defendant. | Case No. 14-cv-03893-MJG |

| | |
|---|---|
| CTP INNOVATIONS, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>JOURNAL GRAPHICS, INC.,<br><br>　　　Defendant. | Case No. 15-cv-03123-MJG |
| CTP INNOVATIONS, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>MIDLAND INFORMATION RESOURCES,<br><br>　　　Defendant. | Case No. 15-cv-02016-MJG |
| CTP INNOVATIONS, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>SANDY ALEXANDER, INC.,<br><br>　　　Defendant. | Case No. 15-cv-01471-MJG |
| CTP INNOVATIONS, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>SCHUMANN PRINTERS, INC.,<br><br>　　　Defendant. | Case No. 15-cv-01813-MJG |

| | |
|---|---|
| CTP INNOVATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>SPECIALTY PROMOTIONS, INC.,<br><br>  Defendant. | Case No. 15-cv-01692-MJG |
| TAYLOR PUBLISHING COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>CTP INNOVATIONS, LLC,<br><br>  Defendant. | Case No. 14-cv-03894-MJG |
| CTP INNOVATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>TIMES PRINTING CO., INC.,<br><br>  Defendant. | Case No. 15-cv-02052-MJG |
| CTP INNOVATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>TREND OFFSET PRINTING SERVICES, INC.,<br><br>  Defendant. | Case No. 15-cv-02389-MJG |

| | |
|---|---|
| CTP INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>VERSA PRESS, INC.,<br><br>    Defendant. | Case No. 15-cv-02682-MJG |
| CTP INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WALTON PRESS INC.,<br><br>    Defendant. | Case No. 14-cv-03887-MJG |
| CTP INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WORLDWIDE TICKETS AND LABELS, INC.,<br><br>    Defendant. | Case No. 14-cv-03886-MJG |
| CTP INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WORZALLA PUBLISHING COMPANY,<br><br>    Defendant. | Case No. 15-cv-01646-MJG |

## **MOTION FOR ATTORNEY FEES**

Pursuant to Federal Rule of Civil Procedure 54 and L.R. 109(2), Defendants identified above respectfully move this court for an award of attorney fees and/or sanctions pursuant to one or all of 35 U.S.C. §285, 19 U.S.C. §1927 and the court's inherent power to sanction.  As described in this Court's order of November 30, 2016, [ECF No. 381 in 14-md-2581], Plaintiff did not own the patent at the time of filing the above lawsuits and therefore had no way of proving infringement.  Defendants are currently determining the amount of attorney fees expended and due to the number of defendants involved, a precise number has not yet been determined.  However, in accordance with FRCP 54(d)(2)(B)(iii), Defendants provide a fair estimate that these fees are more than $750,000.

In accordance with the procedure outlined in L.R. 109(2), Defendants shall have 35 days from the date hereof to file a supporting memorandum.

Dated:  December 13, 2016.                   Respectfully submitted,

/s/ Andrew B. Campbell
Andrew B. Campbell (PHV No. 802757)
WYATT, TARRANT & COMBS, LLP
2525 West End Ave., Suite 1500
Nashville, TN  37203
Telephone:  (615) 244-0020
Facsimile:   (615) 256-1726
acampbell@wyattfirm.com

Stephen C. Hall (PHV No. 802768)
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, 26th Floor
Louisville, KY  40202
Telephone:  (502) 562-7355
Facsimile:  (502) 589-0309
schall@wyattfirm.com

*Counsel for American Printing Co., Inc.*

*/s/ Thomas P. Heneghan*
Thomas P. Heneghan (PHV No. 803566)
HUSCH BLACKWELL LLP
33 East Main Street, Suite 300
P.O. Box 1379
Madison, WI 53701-1379
Direct:  (608) 234-6032
Fax:  (608) 258-7138
tom.heneghan@huschblackwell.com

*Counsel for Arandell Corporation, Schumann Printers, Inc., and Times Printing Co., Inc.*


*/s/ Gene S. Winter*
Gene S. Winter (MD Bar ID:  804199)
Benjamin C. White (MD Bar ID:  97368)
Jonathan A. Winter (MD Bar ID:  804200)
ST. ONGE STEWARD JOHNSTON &
REENS LLC
986 Bedford Street
Stamford, CT  06905-5619
Telephone:  (203) 324-6155
Facsimile:   (203) 327-1096
gwinter@ssjr.com
bwhite@ssjr.com
jwinter@ssjr.com
litigation@ssjr.com

*Counsel for Cenveo Corporation*


*/s/ Eric W. Schweibenz*
Eric W. Schweibenz (admitted *pro hac vice*)
Scott A. McKeown (admitted *pro hac vice*)
Christopher Ricciuti (admitted *pro hac vice*)
OBLON, McCLELLAND, MAIER &
NEUSTADT, L.L.P.
1940 Duke Street
Alexandria, VA  22314
Telephone:  (703) 413-3000
Facsimile:   (703) 413-2220
eschweibenz@oblon.com
smckeown@oblon.com
cricciuti@oblon.com

*Counsel for Command Web Offset Company,*

8

*Inc., Sandy Alexander, Inc., Specialty Promotions, Inc., and Worzalla Publishing Company*

*/s/ Steven E. Tiller*

Steven E. Tiller (Bar No. 11085)
Peter J. Davis (Bar No. 14069)
WHITEFORD, TAYLOR & PRESTON, LLP
7 St. Paul Street, Suite 1300
Baltimore, MD 21202-1626
Telephone: (410) 347-9425
Facsimile: (410) 223-4325
stiller@wtplaw.com
pdavis@wtplaw.com

*Counsel for Directmail.com*

*/s/ Robert J. Veal*

Robert J. Veal
VEAL INTELLECTUAL PROPERTY, LLC
11555 Medlock Bridge Road, Suite 100
Johns Creek, GA 30097
Telephone: (678) 653-4758
Facsimile: (678) 597-1101
rjveal@veal-ip.com

*Counsel for EBSCO Industries, Inc.*

*/s/ Dan Gus*

Dan Gus (State Bar No. 24007288)
GUS & GILBERT LAW FIRM, A
PROFESSIONAL CORPORATION
209 East Main Street
Waxahachie, TX 75165
Telephone: (214) 960-4116
Facsimile: (214) 960-4140
dan@gus-gilbert.com

*Counsel for Ennis, Inc.*

*/s/ Michael J. Curley*

Michael J. Curley (AZ Bar No. 025972)
(*Pro Hac Vice* MDL ID No. 803492)

> QUARLES & BRADY LLP
> One South Church Avenue, Suite 1700
> Tucson, AZ  85701
> Telephone:  (520) 770-8700
> Facsimile:   (520) 770-2206
> michael.curley@quarles.com
>
> *Counsel for F.C.L. Graphics, Inc.*
>
>
> */s/ Derek S. Neilson*
> _____
> Derek S. Neilson
> MD Bar ID No. 97260 (*pro hac vice*)
> ALSTON AND BIRD LLP
> 2828 North Harwood Street, Suite 1800
> Dallas, TX  75201
> Telephone:  (214) 922-3400
> Facsimile:   (214) 922-3899
> derek.neilson@alston.com
>
> Doug Scribner
> MD Bar ID No. 802845 (*pro hac vice*)
> Emily Chambers
> MD Bar ID No. 802810 (*pro hac vice*)
> ALSTON & BIRD LLP
> 1201 West Peachtree Street
> Atlanta, GA  30309-3424
> Telephone:  (404) 881-7000
> Facsimile:   (404) 881-7777
> doug.scribner@alston.com
> emily.chambers@alston.com
>
> *Counsel for Geo Graphics Inc.*
>
> */s/ Anthony F. Blum*
> _____
> Anthony F. Blum (PHV No. 802725)
> David B. Jinkins (PHV No. 802805)
> Matthew A. Braunel (PHV No. 802727)
> THOMPSON COBURN LLP
> One US Bank Plaza
> St. Louis, MO  63101-1693
> Telephone:  (314) 552-6000
> Facsimile:   (314) 552-7000
> ablum@thompsoncoburn.com
> djinkins@thompsoncoburn.com

mbraunel@thompsoncoburn.com

*Counsel for Jet Printing, LLC*

*/s/ Elizabeth Tedesco Milesnick*

Elizabeth Tedesco Milesnick
MILLER NASH GRAHAM & DUNN LLP
Fax:   503-224-0155
E-mail: Elizabeth.milesnick@millernash.com
*Counsel for Journal Graphics, Inc.*

*/s/ April A. Price*

April A. Price (Maryland Bar No. 803756)
LANE & WATERMAN LLP
220 North Main Street, Suite 600
Davenport, IA  52801
Telephone:  (563) 324-3246
Facsimile:  (563) 324-1616
aprice@l-wlaw.com

*Counsel for Midland Information Resources a/k/a Elanders Americas*

*/s/ John M. Jackson*

John M. Jackson (TX Bar No. 24002340)
(PHV No. 802739)
Nathaniel St. Clair, II (TX Bar No. 24071564)
(PHV No. 802745)
Matthew C. Acosta (TX Bar No. 24032577)
(PHV No. 802740)
Blake T. Dietrich (TX Bar No. 24087420)
(PHV No. 802752)
JACKSON WALKER L.L.P.
2323 Ross, Suite 600
Dallas, TX  75201
Telephone:  (214) 953-6000
Facsimile:   (214) 953-5822
jjackson@jw.com
nstclair@jw.com
macosta@jw.com

11

bdietrich@jw.com

*Counsel for Taylor Publishing, Worldwide Tickets and Labels, Inc., Indexx, Inc. and Versa Press, Inc.*


*/s/ Jonathan P. Hersey*

Jonathan P. Hersey (CA Bar No. 189240)
(PHV No. 803974)
Scott B. Lieberman (CA Bar No. 208764)
(PHV No. 803975)
Neil J. Cooper (CA Bar No. 277997)
(PHV No. 803980)
SLATER HERSEY & LIEBERMAN LLP
18301 Von Karman Avenue, Suite 1060
Irvine, CA  92612
Telephone:  (949) 398-7500
Facsimile:   (949) 398-7501
jhersey@slaterhersey.com
slieberman@slaterhersey.com
ncooper@slaterhersey.com

*Counsel for Trend Offset Printing Services, Inc.*


*/s/ Robert W. Hughes, Jr.*

Robert W. Hughes, Jr. (GA Bar No. 376311)
(PHV No. 802755)
ROBERT W. HUGHES & ASSOCIATES, PC
390 West Crogan Street, Suite 230
Lawrenceville, GA  30046
Telephone:  (770) 469-8887
Facsimile:   (678) 690-6095
robby@hughespclaw.com

*Counsel for Walton Press, Inc.*

**PROOF OF SERVICE**

I hereby certify that a true and correct copy of the attached Motion for Attorney Fees was served by means of the Court's CM/ECF system on all counsel of record who have consented to electronic service on this 13th day of December, 2016.

/s/ Jessica L. White